United States District Court
Southern District of Texas
**ENTERED**
August 26, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| SONIA HERRON,<br>"Plaintiff", §<br>§<br>§<br>v. §<br>§<br>FEDERAL EXPRESS CORPORATION, §<br>"Defendant". § | Civil Action No. 1:19-cv-00136 |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 82). The R&R recommends this Court (1) grant "Defendant's Motion for Summary Judgment" ("MSJ") (Dkt. No. 53), and (2) direct the Clerk of Court to close this case.

Objections were due August 13, 2021. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Defendants' MSJ (Dkt. No. 53) is **GRANTED**. The Clerk of the Court is **ORDERED** to close the case.

Signed on this 26th day of August, 2021.

_____
Rolando Olvera
United States District Judge